**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Danville Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
For Danville
DEC 2 8 2004
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES OF AMERICA

v.                                    Criminal Case No. 4:04-CR-70083-002

ANTHOINE PLUNKETT

---

### ORDER

---

**THIS MATTER IS BEFORE THE COURT** on Defendant Plunkett's Motion to Seal. For cause shown, the Motion is **GRANTED**. The Clerk is directed to file Defendant Plunkett's previously submitted Second Motion for Private Investigator and First Written Motion for Mitigtion Investigator under seal.

Enter this Order the 27th day of December 200_4_

The Clerk is directed to mail a copy of this Order to counsel for Defendant Plunkett only.

_____
Judge