# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America

-vs-

Anthione Plunkett

Action No.: 4:04-cr-70083

Date: 3/11/05

Judge: Urbanski

Court Reporter: Stamper

## LIST OF WITNESSES

Attorney

Attorney
Groot and Davis

**PLAINTIFF/GOVERNMENT:**

1.
2.
3.
4.

**DEFENDANT:**

1.
2.
3.
4. 10:35 - 10:44am

**PROCEEDINGS:**

Ex Parte on record.  Ct addresses budget that dft counsel has turned in.  Ct reviewing budget in context of other death penalty cases in WDVA.  Dft counsel Groot addresses experts needed.  Dft mental health expert Dr. Barbara Haskins.  Would like to have done on record.  Victim outreach expert - Dft counsel Groot wants b/c victim advocate to defense.  Ct asks why needed. Dft counsel states that it is becoming common and offers to submit an unexecuted affidavit by a victim outreach expert.  Oral motion to add 15 hours (Ms. Mosby) at $ 90 per hour for paralegal investigator.  Why? Convenience of location, community contact and knowledge.  Ct grants oral motion in open court. Dft counsel Groot submits written proposed order. Ct will enter an order with regard to victim outreach expert.  Dft counsel Groot questions need for second voucher given Feb 2005 fee increase.  Ct to examine budget and respond. Dft counsel Groot requests that clerk send them each (Groot/Davis) two vouchers each reflecting rate.

Initials of Deputy Clerk _____