CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 1 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 4:04CR70083 |
| v. | ) | **ORDER** |
| LANNY BENJAMIN BODKINS<br>ANTOINE PLUNKETT | ) | By: Hon. Glen E. Conrad<br>United States District Judge |
| Defendants. | ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the capital defense budgets, written and oral explanations, and orders approving defense expenditures remain under seal pending the trial of this case; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is hereby

ORDERED

that said report and the findings and recommendation contained therein are hereby accepted in whole. Because it appears that the ex parte motions, applications and pleadings in this case have been properly made, it is further ORDERED that the Government's motion to unseal previously filed ex parte motions, applications and pleadings and to prohibit further ex parte filings without notice to the Government, which this court previously denied in part and granted in part, shall be and hereby is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 1st day of June, 2005.

*/s/ Jack Conrad*
United States District Judge