CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 0 1 2005

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>LANNY BENJAMIN BODKINS )<br>ANTHOINE PLUNKETT )<br>)<br>Defendants. ) | Criminal Action No. 4:04CR70083<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED

as follows:

1. Defendant Plunkett's motion to regulate jury selection is GRANTED in part and DENIED in part;

2. Defendant Plunkett's motion for jury instruction on access to electronic media is GRANTED;

3. Government's motion in limine to introduce statement of decedent is GRANTED;

4. Government's motion in limine regarding prior consistent statements and non-testimonial hearsay is taken under advisement with regard to prior consistent statements and GRANTED with regard to non-testimonial hearsay;

5. Defendant Plunkett's motion to sever defendants is DENIED;

6. Government's objection to defendant's proposed residual doubt instruction is GRANTED in part and DENIED in part;

7. Government's motion in limine to introduce evidence of previous search warrants is

GRANTED in part and DENIED in part;

8. Defendant Plunkett's motion to exclude testimony and/or statement of Felix Cobbs, III is DENIED; and

9. Defendant Plunkett's motions for presentence reports for potential government witnesses are GRANTED in part and DENIED in part.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 1st day of August, 2005.

_____
United States District Judge