IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal Action No. 4:04CR70083 |
| v. | ) | **ORDER** |
| LANNY BENJAMIN BODKINS ANTHOINE PLUNKETT | ) | By: Hon. Glen E. Conrad<br>United States District Judge |
| Defendants. | ) | |

This matter is before the court on defendant Plunkett's motion for appropriate Rule 14 relief. In an order dated May 24, 2005, the court took Plunkett's motion under advisement pending the submission of memoranda of law regarding the admissibility of certain statements made by the co-defendant in this case. Those memoranda were duly submitted to the court and a hearing took place on July 19, 2005. The court issued its opinion regarding the admissibility of these statements in an opinion dated August 1, 2005. For the reasons stated in that memorandum opinion, it is hereby

ORDERED

that defendant Plunkett's motion for appropriate Rule 14 relief is DENIED.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 2nd day of August, 2005.

_____
United States District Judge