UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Danville Division

CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
for Danville
AUG 2005
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.   Criminal Case No. 4:04-CR-70083-002

ANTHOINE PLUNKETT

---

### NOTICE OF APPEAL

---

**COMES NOW** Defendant Anthoine Plunkett, by counsel, pursuant to 28 U.S.C. §1291 and United States v. Ferebe, 332 F.3rd 722 (2003), and notes his appeal to the United States Court of Appeals for the Fourth Circuit from an order of this Court entered August 22, 2005, denying his Motion to Strike the Death Notice.

_____
Anthoine Plunkett
By counsel

Roger D. Groot VSB# 27362
School of Law
Washington and Lee University
Lexington, Virginia 24450
(540) 458-8518
Beverly M. Davis VSB# 33784
Davis, Davis and Davis
P.O. Box 3448
Radford, Virginia 24143
(540) 639-9081

CERTIFICATE OF SERVICE

1

I hereby certify that I have this 21st day of August, 2005, hand-delivered Defendant Plunkett's Notice of Appeal with the Clerk of the Court to Anthony P. Giorno, Esq., Craig J. Jacobsen, Esq., Assistant United States Attorneys, and William H. Cleaveland, Esq., and James C. Turk, Jr., Esq., Counsel for Defendant Bodkins.

_____

2