CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 29 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States District Court
Western District of Virginia

ORDER AND TRAVEL AUTHORIZATION

| | |
|---|---|
| Authorized Traveler: | Tom Reidy |
| Case Number: | 4:04-CR-70083 |
| Authorized Travel Dates: | Sept. 4 to Sept. 14, 2005 |
| Travel Destination: | Lynchburg, Virginia |
| Purpose of Travel: | Testimony |

    Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above-described trip in connection with your providing services authorized under the Criminal Justice Act (CJA).

    You are authorized to contact National Travel Service (NTS) at 1-800-445-0668 to request reservations and airline tickets. You must provide NTS with your Case Number as noted above, state the travel will be under the U. S. District Court for the Western District of Virginia, and advise NTS that your tickets are to be charged to the court's CJA account.

    Reimbursement for subsistence will be limited to actual out-of-pocket costs at a maximum of $108.00 per day which should be claimed on your CJA 20, 21, 30 or 31 voucher form. The cost of airline tickets will be paid separately by the court's financial administrator and reimbursement should not be claimed by the traveler.

    Promptly following your trip, a copy of this Order/Travel Authorization allowing out-of-district travel, as well as a copy of the airline ticket passenger receipt card must be sent to the court's financial administrator at P. O. Box 1234, Roanoke, VA 24006. A second copy of the Order/Travel Authorization and airline ticket passenger receipt card must be attached to your voucher for audit purposes.

IT IS SO ORDERED.  August 29, 2005
                               Date

_____
Judicial Officer