IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Case No. 4:04CR70083 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LANNY BENJAMIN BODKINS ) | By: Hon. Glen E. Conrad |
| ANTOINE PLUNKETT ) | United States District Judge |
| ) | |
| Defendants. ) | |

This matter is before the court on defendant Plunkett's oral motion to receive the juror questionnaires into evidence. During the jury selection process for this criminal trial, over two hundred prospective jurors completed these juror questionnaires. The court has reviewed these questionnaires and noted that they contain confidential, personal information. Therefore, in order to protect the confidentiality of the information provided by prospective jurors, it is hereby

ORDERED

that defendant's motion is GRANTED in part to the extent that the juror questionnaires received in the above captioned matter shall be placed under seal permanently and included with the record to be transmitted in the event of any appeal of this matter. Defendant's motion shall be DENIED in part in that the questionnaires will not be made a part of the public court record. See 28 U.S.C. § 1863(b)(7).

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 8th day of September, 2005.

/s/ Glen Conrad
UNITED STATES DISTRICT JUDGE