UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 06-4647 (L)
(4:04-cr-70083-1)

———————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

LANNY BENJAMIN BODKINS,

    Defendant – Appellant

———————————

No. 06-4652
(4:04-cr-70083-2)

———————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ANTHOINE PLUNKETT,

    Defendant – Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this Court, the judgments of the District Court are affirmed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK