IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| ANTHOINE PLUNKETT, | ) | |
|---|---|---|
| | ) | Criminal Action No. 4:04-cr-70083 |
| Petitioner, | ) | Civil Action No. 4:09-cv-80205 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The respondent's motion to dismiss shall be and hereby is **GRANTED**;

2. A certificate of appealability is **DENIED**;

3. The petition for writ of habeas corpus filed by the petitioner shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court; and

4. The petitioner's renewed motion for discovery (Docket No. 892) is dismissed as **MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 6th day of June, 2011.

Chief United States District Judge