EXHIBIT-#1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) | |
| ANTHOINE PLUNKETT | ) | **Case No. 4-04-cr-70083** |
| _____ | ) | |

## AFFIDAVIT OF BARRY G. DICKEY

BEFORE ME, the undersigned authority, personally appeared BARRY G. DICKEY, who subscribes and affirms the following:

1.    My name is Barry G. Dickey. I am of sound mind, I am over the age of 18, I am capable of making this Affidavit, and I am personally acquainted with the facts herein.

2.    I am a Certified Forensic Analyst.  My field of specialty is the forensic evaluation and/or authentication of acoustical/visual media, including the analysis of elemental acoustics, video images, and discourse contained therein.

3.    I have been certified as a Forensic Expert by the New York Institute of Forensic Audio/ Video and am designated as a Diplomate of the American Board of Recorded Evidence in forensic audio, forensic video, and voice identification. In addition, I am a Fellow of the American College of Forensic Examiners and a Member of the Audio Engineering Society.

4.    Since 1993, I have consulted as a forensic expert in over 2500 civil or criminal matters, and have provided expert reports and/or testimony.  A partial list of cases in which I have provided expert reports and / or testimony is attached. (Attachment B).

5.    I was retained as an expert by Ms. Angela Bowens, on behalf of ANTHOINE PLUNKETT, a Defendant in the above-captioned matter. I am not aware of any relationship that would constitute a conflict of interest with any individual or entity related hereto.

6.    I prepared an *Expert Report,* dated April 10, 2019, in connection with the above-captioned case. I reviewed and/or examined the following items of information as a basis for the findings in my Report:

    1)  Digital Disc. This item was represented to be a "certified copy" of the digital disc used during trial testimony and was purported to reflect an interview by police officers with an individual by the name of DAREL KEITH TAYLOR.  It is my understanding that the contents of this digital disc were originally recorded on a microcassette;

2) Transcript of Darel Taylor's statement/testimony, dated September 19, 2002; and

3) Transcript of Court Testimony, pp. 39-46, No Date Available (discussing the length of the tape).

7.   It is my conclusion based on my examination of the Darel Taylor interview recording that several anomalies exist on the digital copy, which bring into question whether it is a reliable, accurate, complete and continuous representation of the events occurring during the Taylor interview. An examination of the original recording, *in its original microcassette format*, would allow me to completely resolve these anomalies.

8.   The grounds for my preliminary conclusions questioning the accuracy and reliability of the digital recording in this case are detailed in my April 10, 2019 Expert Report. (Attachment A).

I SOLEMNLY AFFIRM, under penalties of perjury, that the contents of the foregoing Affidavit are true to the best of my knowledge, recollection, information and belief.

BARRY G. DICKEY
Certified Forensic Analyst

STATE OF TEXAS

COUNTY OF TARRANT}:

On this _7th_ day of _December_____, 202_1_, personally appeared BARRY G. DICKEY, who is personally known to me, or has proved upon satisfactory evidence to be the individual whose name is subscribed to the above Affidavit of Barry G. Dickey, regarding an Expert Report (Attachment A), which he affirmed and acknowledged to have been executed by him, and that the statements contained herein and in the Expert Report are true.

My commission expires: _10/28/2023_        NOTARY PUBLIC

CLAYTON BASHAM
Notary ID #128775293
My Commission Expires
October 28, 2023

United States v. Anthoine Plunkett - Affidavit of Barry G. Dickey
(Page 2 of 2)

# CURRICULUM VITAE

**Barry G. Dickey**

Audio Evidence Lab
Forensic Audio/Video Analysis
506 Marquis Lane
Mansfield, Texas 76063-9122



December 31, 2019

## EDUCATION:

University Of Texas – Arlington        (1982 – 1984)
       \*\*Physics/Engineering Degree Plan

Western Kentucky University        (1999, 2000, 2001, 2003, 2007)
       Department of Continuing Education
       New York Institute of Forensic Audio & Video
       \*\*Forensic Audio/Video/Voice Identification Courses

## CERTIFICATION:

Expert Certification • Forensic Audio      (2000)
     The New York Institute of Forensic Audio &Video

Expert Certification • Forensic Video      (2003)
     The New York Institute of Forensic Audio & Video

Expert Certification • Forensic Voice Identification      (2003)
     The New York Institute of Forensic Audio &Video

Diplomate • Forensic Audio/Video/Voice Identification      (2003)
     The American Board of Recorded Evidence

Fellow • Forensic Audio/Video/Voice Identification      (2007)
     The American College of Forensic Examiners

Certified Forensic Consultant • Legal Procedures, Law & Ethics      (2016)
     The American College of Forensic Examiners

## CERTIFICATES OF ACHIEVEMENT:

Forensic Audio/Video Analysis - Digital Evidence      (2007)
     The New York Institute of Forensic Audio & Video

Forensic Audio/Video Analysis & Voice Identification      (2008)
     The New York Institute of Forensic Audio & Video

Forensic Audio Video Authenticity      (1999)
     The New York Institute of Forensic Audio & Video

CERTIFICATES OF ACHIEVEMENT:

| | |
|---|---|
| Forensic Audio/Video Authenticity & Voice Identification<br>The New York Institute of Forensic Audio & Video | (2000) |
| Voiceprint Identification Techniques<br>Voice Identification Inc. | (2000) |
| Forensic Audio, Forensic Video & Voice Identification<br>The New York Institute of Forensic Audio & Video | (2001) |
| Forensic Audio, Forensic Video & Voice Identification<br>The New York Institute of Forensic Audio & Video | (2003) |
| Advanced Voiceprint Identification Techniques<br>The New York Institute of Forensic Audio & Video | (2003) |
| Forensic Audio Examination & Speech Enhancement<br>Speech Technology Center | (2007) |

BACKGROUND:



Barry G. Dickey is the certified forensic expert for Audio Evidence Lab, a laboratory specializing in the forensic examination of audio/video recordings. With over 25 years of experience, Mr. Dickey has been admitted to testify as an expert in federal and state courts in Texas, Oklahoma, Florida, New York, Kansas, Kentucky, Nebraska, California, Wisconsin, Puerto Rico, Nevada, Alabama, Louisiana, and Illinois on issues involving audio/video authentication, digital enhancement/restoration, voice identification, speech/phonetic analysis, transcription of audio/video recordings and various aspects of audio, acoustics, video and visual media. In prior association with The American College of Forensic Examiners, Mr. Dickey has served on the Executive Committees for both the Forensic Audio and Forensic Video Divisions of the American Board of Recorded Evidence. Since 1993, he has examined evidence relative to civil and criminal matters in more than 2500 cases in the USA, Canada, Mexico, Europe, Japan, Philippines, Virgin Islands, and Puerto Rico. Utilizing DSP technology, analytical equipment, and microscopic resolution, Mr. Dickey employs scientifically accepted techniques to provide the critical evidence required in the courtroom.

Forensic cases involving Mr. Dickey have been featured on The Learning Channel's "Science Frontiers", "Forensic Files", "America's Most Wanted", CBS, NBC, TruTV, US News & World Report, and Fox News Networks. He has consulted with news networks in reference to the "Osama bin Laden Tapes" and the "2012 Presidential Debates", as well as other recordings released through foreign news networks. Recent cases also include the "Holyland Foundation", "NFL Bountygate" investigation, and the "Innocence Project".

ORGANIZATIONS:

American College Of Forensic Examiners • FACFE

American Board of Recorded Evidence • DABRE

Audio Engineering Society • AES

Certified Board Member • ACFE/ABRE

International Association For Identification • IAI

FORENSIC EXPERIENCE:

      Examined 2000+ Cases involving Digital Enhancement/Restoration of Audio/Video

      Examined 750+ Cases Involving Voice Identification/Elimination

      Examined 1500+ Cases involving Authenticity issues of Falsification/Tampering

      Examined 500+ Cases Involving Piracy/Copyright Infringement

      Clientele include the US Government, Foreign Government Agencies, State & District Attorneys, US Military Forces, Judicial Committees, Civil & Criminal Attorneys, Corporate Law Firms, Federal & State Law Enforcement, Federal & State Public Defenders, Innocence Project, Insurance Companies, News Broadcast Agencies and Private Investigators.

TRAINING:

| | |
|---|---|
| Digital Forensic Enhancement & Authenticity<br>   The American College Of Forensic Examiners | (2006) |
| Forensic Audio/Video Examination & Enhancement<br>   The New York Institute of Forensic Audio/Video | (2007) |
| Forensic Audio/Video Examination & Authentication<br>   The New York Institute of Forensic Audio/Video | (2008) |
| Forensic Video Acquisition & Image Enhancement<br>   Ocean Systems/Forensic Technical Services | (2013) |
| Video Examinations for Forensic Investigators<br>   Forensic Video Solutions | (2018) |
| Law and Forensic Examination<br>   The American College Of Forensic Examiners | (2003) |
| Professional Ethics in Forensic Examination<br>   The American College Of Forensic Examiners | (2003) |
| Forensic Audio/Video Authenticity<br>   The New York Institute of Forensic Audio/Video | (1999) |
| Scientific Evidence and Applied Forensic Science<br>   The American College Of Forensic Examiners | (2003) |
| Forensic Audio/Video Authenticity & Voice Identification<br>   The New York Institute of Forensic Audio/Video | (2000) |
| Voiceprint Identification Techniques<br>   Voice Identification Inc. | (2000) |
| Digital Video Evidence Techniques<br>   Resolution Video | (2011) |
| Forensic Audio, Forensic Video & Voice Identification<br>   The New York Institute of Forensic Audio/Video | (2001) |
| Advanced Forensic Audio, Video & Voice Identification<br>   The New York Institute of Forensic Audio/Video | (2001) |
| Forensic Audio Examination & Speech Enhancement<br>   Speech Technology Center | (2007) |

Forensic Audio, Forensic Video & Voice Identification       (2003)
    The New York Institute of Forensic Audio/Video

Advanced Voiceprint Identification Techniques       (2003)
    The New York Institute of Forensic Audio/Video

Forensic Audio/Video, Legal, & Law Enforcement       (2020)
    Forensic Symposium • Occam Video Solutions

## PUBLICATIONS:

In the Pursuit of Justice: Audio and Video Recordings - Weapons of Terrorism;
    The Forensic Examiner, Spring 2007 (pg. 50-54)

## PRESENTATIONS:

Video Tape Authentication & Analysis   (2006)
    TCDLA Annual Forensics Seminar, Texas Criminal Lawyers Association

## TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Transamerican Natural Gas Corporation v. El Paso Natural Gas Company,
Meridian Oil Inc., Burlington Resources Inc., Richard M. Bressler,
Travis H. Petty, William A. Wise, Oscar S. Wyatt, The Coastal Corporation, and
Coastal Oil and Gas Corporation  (2000)
    101st Judicial District Court of Dallas County, Texas

State Of Texas Vs. Darlie Lynn Routier  (1997-2002)
    Criminal District Court 3, Dallas County, Texas

K-Tel International, Inc., K-Tel International, Inc. d/b/a Commonwealth Music, Inc., The Ernest
Evans Corporation, and Dominion Entertainment, Inc.  Vs.   San Juan Music Group, LTD.,
Musicrent, Inc., and Jay H. Chernow, Individually  (1996)
    United States District Court of New Jersey

USA vs. Chistopher Breen   (1997)
    United States District Court for Western District Of New York

State of Texas v. Fred Marshall Davis   (2001)
    411th J.D. Court, San Jacinto County, Texas

Gerald J. Mansour, Sr. v. Outback Steakhouse of Dallas-I, Ltd   (2001)
    95th Judicial District Court of Dallas County, Texas

Paula Sage v. Citicasters Co., and Bubba The Lovesponge Clem   (2001)
    United States District Court for the Western District of Oklahoma

State of Louisiana Versus #355225 B. J. Dantin   (2001)
    17th Judicial District, Parish Of Lafourche, Louisiana

Federal Mediation and Conciliation Service   (2001)
    United States Government Offices, Washington, D.C.

Commonwealth of Pennsylvania v. Zachary Paul Witman   (2001)
    Court of Common Pleas, Criminal Division, York County

4

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Estate of Troy James Davis v. City Of North Richland Hills; Chief of Police Tom Shockley;
Officer Allen L. Hill; Officer J. A. Wallace; Officer Curtis Westbrook; Officer Gregory Crane;
Unknown Personnel Of The North Richland Hills Police Department   (2001)
     United States District Court for the Northern District of Texas

Brent Paternostro v. Crescent City Connection   (2002)
     United States District Court No: 00-2740, State of Louisiana

State of Texas v. Solis-Yepez   (2002)
     United States District Court

Herrington Equipment, Inc. and Robert N. Herrington vs. Orix Credit
Alliance, Inc. n/k/a Orix Financial Services, Inc.   (2002)
     United States District Court for the Southern District of Texas

Hopethan Johnson Case – Missing Person/Homicide   (2002)
     York County Police Department, City of York

State of Texas v. Jesse Harold Mauldin   (2002)
     United States District Court, Smith County

State of Texas v. Johnny Howard Mauldin   (2002)
     United States District Court, Smith County

State of Texas v. Chris Young   (2002)
     United States District Court, Smith County

State of Texas v. Lawrence A. Bullette   (2002)
     United States District Court, Smith County

U.S.A. v. Juan Rubalcaba   (2002)
     SA: 02-CR-480(2)-OG

State of Texas v. Johnnie L. Davis   (2003)
     177th District Court of Harris County, State of Texas

Jefferson Davis McGee v. Maricopa County; Joseph M. Arpaio and Ava Arpaio: Officer John Doe
Tarango and Jane Doe Tarango: Officer John Doe Murphy and Jane Doe Murphy: Officer Micheal
Crane and Jane Doe Crane; Sgt. Jane Doe Nowicki and John Doe Nowicki; Capt. Tracy Haggard
and John Doe Haggard: Black & White Corporations 1-10; and John and Jane Does 1-10   (2002)
     The Superior Court of Maricopa County, State of Arizona

Baybasin v. The State   (2003)
     Netherlands Supreme Court

Dallas County Board of Education v. Barbera J. Barge   (2002)
     District Court, Dallas County, Texas

Universal Surveillance Systems v. Sensormatic Electronics Corporation   (2003)
     United States District Court, Southern District of Florida

State of Texas v. Jerry Jackson   (2003)
     District Court, City of Jefferson, Texas

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Bill Burch and International Mercantile, Inc v. Nextel Communications, Inc.
and Nextel of Texas, Inc.  (2003)
    Arbitration Proceeding – The American Arbitration Assoc., Dallas,Texas

United States v. Schneider  (2003)
    United States District Court for The Western District of Oklahoma

Teresa Mae Scott, Individually and Toby Michael Scott, a representative of the Estate of Gregory
Stephen Scott, Deceased. v. Zale Lipschy University Hospital, Zenobia Hubbard, R.N. and Shelly
Thorpe, R.N.  (2003)
    In the District Court; 14th Judicial District, Dallas County, Texas

Iron Mountain Inc. v. J. Peter Pierce, Sr.  (2003)
    ADR Options, State of Pennsylvania

State of Texas v. Gabriel Cuauhtli  (2003)
    In the Criminal District Court 3, Tarrant County, Texas

David Theiff v. Kari Halen  (2003)
    In the 9th Judicial Court of the State of Nevada, County of Douglas

State of Texas v. Beverly Cropp  (2004)
    Criminal District Court, Tarrant County, Texas

State of Texas v. Stephen Armstrong  (2004)
    In the Criminal District Court 1, Tarrant County, Texas

Jerry Harrison v. Hallmark Toyota-BMW, Inc.  (2004)
    Circuit Court of Hinds County, State of Mississippi

State of Texas v. Jermaine Thomas  (2004)
    In the District Court, 208th Judicial District, Harris County, Texas

State of Texas v. Marc Latham  (2004)
    In the Criminal District Court, Tarrant County, Texas

Twillita Webb v. CareFirst, Inc.  (2004)
    Superior Court, Civil Division, In and For The District of Columbia

State of Texas v. Raul Ramirez  (2004)
    In the 178th Judicial District Court of Harris County, Texas

State of Indiana v. David Maust  (2004).
    Superior Court of Lake County, Criminal Division, Indiana

Mary Thompson v. Unique Digital. Inc.  (2004)
    In the 61st Judicial District Court of Harris County. Texas

United States v. Breion Jamar Green  (2004)
    In the United States District Court for the Western District of Texas

State of Texas vs. Tanner Anderson Sartin
    In the 149th District Court of Brazoria County, State of Texas

6

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Texas vs. Andre Washington  (2005)
In the 208th Judicial District Court of Harris Couty, Texas

Deborah J. Golder, Individually, as Heir of the Estate of Paul Silvas, and a/n/f of Paul Anthony
Silvas and Jacob Celestino Silvas vs. The City of Corpus Christi  (2005)
In the United States District Court for the Southern Distict of Texas

United States v. Joel Parra  (2005)
In the United States District Court, District of Wyoming

State of Texas v. Kevin Rotenberry  (2005)
In the 213th Judicial District Court, Tarrant County, Texas

Mario Alberto Medrano vs. Tommy B. Thomas  (2005)
In the U.S. District Court for the Southern District of Texas, Houston Division

State of Texas vs. Timothy White  (2005)
In the Criminal District Court No. 3, Tarrant County, Texas

Tlton International v. United Steel Union  (2005)
In the Judicial Central District, State of Illinois

State of Texas vs. Javier Sabillon  (2005)
In the 372nd Criminal District Court, Tarrant County, Texas

State of Texas vs. Keith Cumbee  (2005)
In the District Court of Smith County, State of Texas

State of Oklahoma vs. Stephen Smith  (2005)
In the Criminal District Court, State of Oklahoma

State of Texas vs. Dawn Reiser  (2005)
In the Criminal District Court No. 2, Tarrant County, Texas

State of Mississippi vs. Joey Carroll  (2005)
In the United States District Court, State of Mississippi

State of Texas vs. Edison Jaramillo  (2005)
In the Criminal District Court Of Harris County, Texas

State of Florida vs. Mark Jude Frisch  (2005)
In the Circuit Cout of the Seventh Judicial Circuit, In and for
Volusio County, Florida

State of Texas vs. Steven Craig White  (2005)
In the 4th Criminal District Court of Tarrant County, Texas

People of the Virgin Islands vs. Muntaser N. Rahman  (2005)
In the Criminal Court, Virgin Islands of the United States

State of Texas vs. Ebony Maebery  (2005)
In the District Court, 212th Judicial District, Galveston County, Texas

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

United States vs. Bobby Wayne Haley, Jr. (2005)
    In the United States District Court, In and for the Northern
    District of Oklahoma

ARC Abatement I, LTD. v. Affordable Housing Partnerships Inc. v. Esesis
Environmental Corp. (2006 - 2007)
    In the District Court, 414th Judicial Disctrict, McLennan County, Texas

State of Texas v. Christopher Wilkins (2006)
    In The Criminal District Court, Tarrant County, Texas

State of Mississippi v. Joshua Robinson (2006)
    Mississippi Bureau of Narcotics -- Department of Public Safety
    In the 14th Circuit Court District. Walthall County, Mississippi

Chen Ying Yang v. Dr. Henry K. Chen (2006)
    In the United States District Court, In and For The District of Illinois

State of Texas v. Trenton Lantzch (2006)
    In the Criminal District Court, Harris County, Texas

State of Texas v. Nolberta Gurrusqueita (2006)
    In The Criminal District Court, Tarrant County. Texas

United States v. Eric John Meisner (2006)
    In the United States District Court, In and For The District of Arizona

Branden Patch Case (2006)
    Arbitration Proceedings, American Arbitration Assoc., Helena. Montana

State of Texas v. Jerome Spellman (2006)
    In The Criminal District Court, Tarrant County, Texas

Melchoir v. United Corporation (2006)
    Superior Court of the Virgin Islands, Division of St. Thomas/St. Croix

State of Texas v. Jose Carrillo (2006)
    In The 213th Criminal District Court, Tarrant County, Texas

State of Texas v. Rebecca Simpson (2006)
    In The Criminal District Court, Tarrant County, Texas

State of Texas v. Juan Lizcano (2007)
    In The 282nd Judicial Disctrict Court, Dallas County, Texas

United States v. Jarrett Cannion (2007)
    In the United States District Court. Middle District. Tampa. Florida

State of Texas v. Michael Puryear (2007)
    In the 297th Criminal District Court. Tarrant County. Texas

United States v. Jason Fernandes (2007)
    United States District Court, Austin Division, Western District of Texas

<u>TRIALS, DEPOSITIONS AND EXPERT REPORTS:</u>

State of Texas v. James Anthony Davis  (2007)
> In the Criminal District Court 4, Tarrant County, Texas

United States Securities and Exchange Commission  (2007)
> Investigation Division - Eastern District of Texas

United States v. Yali Huang  (2007)
> United States District Court, Southern District of Texas, Houston Division

State of Texas v. Tracy Roberson  (2007)
> In the 213th Criminal District Court, Tarrant County, Texas

State of Texas v. Marcus Hamm  (2008)
> In The Criminal District Court, Ellis County, Texas

Laura Friend and Luther Friend v. City of North Richland Hills, Richard Torres, Chris Swartz, Jennifer Kettner, Jeff Ellis & Associates, Frank Perez, Mark Hammond, Stephanie Walters, Kent Garrison, Kelsey Kimbrough, Alexandria Porter, Ryan Kile, Jacob Lohse, Andrew Garza, Deena Pierson, Karl Brock. Jamie Halliday, Joseph Magnetico, and Roy Kenji Yamada, M.D.  (2007)
> In The District Court, 342nd Judicial District, Tarrant County, Texas

USA v. Christopher Davis  (2008)
> United States District Court, Northern District of Texas

Teresa Stewart v. Lexicon Genetics, Inc.  (2007)
> 221st Judicial District Court, Montgomery County, Texas

State of Texas v. Jennifer Brinkman  (2007)
> In The Criminal District Court, Tarrant County, Texas

State of Texas v. John Williams/Rachael Cumberland  (2007)
> In The Criminal District Court, Tarrant County, Texas

Allied Leasing v. Cerani & Drake  (2006)
> 29th Judicial District Court, No. 56, 138, Division "E"

State of Texas v. Kelly Dane  (2006)
> In The Criminal District Court, Dallas County, Texas

State of Texas v. Frederick Malone  (2008)
> In The Criminal District Court, Tarrant County, Texas

State of Texas v. Virgil Taylor  (2008)
> In The Criminal District Court, Tarrant County, Texas

USA v. Latoya Pitts  (2008)
> United States Army Investigations - Unclassified Files
> Trial Defense Services - Fort Riley, Kansas

State of Texas v. Chrostopher Wilkins  (2008)
> In The Criminal District Court, Tarrant County, Texas

State of Texas v. Ruiz  (2008)
> In The Criminal District Court, Dallas County, Texas

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Texas v. Miguel Delacruz  (2008)
    In The Criminal District Court, Tarrant County, Texas

City of La Marque – IAD Investigation  (2008)
    Public Hearings – Washington Investigation

State of Texas v. Kevin Stamey
    In The Criminal District Court, Kaufman County, Texas

State of Texas v. Hobby Ashier  (2008)
    In The County Criminal Court At Law #9, Harris County, Texas

State of Tennessee v. Kelvin Reed  (2008)
    In The Criminal District Court, Shelby County, Tennessee

State of Texas v. David Pineda  (2008)
    In the 112th District Court, Upton County, Texas

China – Foreign Affairs Special Investigations  (2008)
    Murder Investigation – Tung/Wu

State of Arkansas v. Dewone Knox  (2009)
    In The Criminal District Court, State of Arkansas

City of Sapulpa – Knutson Arbitration Hearings  (2008)
    Special Investigations, IAD Investigation, City of Sapulpa, Oklahoma

State of Texas v. James Phillips  (2008)
    In The Criminal District Court, Tarrant County, Texas

State of Texas v. Arturo Hernandez  (2008)
    In The Criminal District Court, Tarrant County, Texas

Sullivan v. Village of Oakwood Hills and Oakwood Hills Police Department  (2008)
    In The Civil District Court, State of Illinois

North Carolina v. Christopher Rashad Wilson   (2008)
    In the Superior Court Division, County of Gaston, North Carolina

State of Texas v. Jason Davis  (2008)
    In The Criminal District Court, Dallas County, Texas

United States v. Eugenio Mendoza-Renteria  a/k/a Mendoza-Renteria  (2009)
    In the United States District of New Mexico

Mandeville Police Department - Special Investigations (2008)
    IAD Investigations - Civil Complaint Division

Karen Reily v. Dean Chambers  (2008)
    In The Civil District Court, State of Illinois

State of Texas v. Christopher Roach  (2008)
    In The Criminal District Court, Collin County, Texas

10

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Texas Parks and Wildlife – Special Investigations (2008)
    IAD Investigations -  81st Judicial District, State of Texas

State of Texas v. Lara Nicholas  (2009)
    In the Criminal District Court, Harris County, Texas

State of Texas v. Kevin Smith  (2008)
    In the Criminal District Court, Kaufman County, Texas

State of Texas v. Michael Maxon  (2008)
    In the Criminal District Court, Tarrant County, State of Texas

State of Texas v. Mark Oberlander  (2008)
    In the Criminal District Court, Tarrant County, Texas

USA v. Holyland Foundation – Ghassan Elashi  (2008-2009)
    In the Federal Superior Court, Northern District of Texas; Dallas Division

USA v. Adrien Armstrong  (2008)
    In the United States District Court, Puerto Rico

United States v. Rashawn Adams  (2009)
    In the United States Superior Court, State of Florida

Jennifer Pappas-Blancas v. Holloway H. Frost and Texas Memory Systems, Inc.  (2009)
    In the 61st Judicial District Court, Harris County, Texas

Douglas Bayer v. City of Detroit  (2009)
    In the United States Civil District Court, State of Michigan

Carson Dunlap v. Rodney Hood and the City of Dallas   (2009)
    In the United States District Court; Northern District of Texas; Dallas Division

Hollo v. Finger Lakes Ambulance   (2009)
    In the Civil Circuit Court of New York, State of New York

The People of the State of Michigan v. Augusta George   (2009)
    In the Civil District  Court of Detroit, State of Michigan. Cause No. 07-8992

State of Wisconsin v. John Terpstra  Case No. 08-CF-181   (2009)
    In the Criminal District Court, Sauk County, Wisconsin

State of Wisconsin v. Billy Joe Cannon   (2010)
    In the Criminal District Court of Milwaukee, State of Wisconsin

Commonwealth of Kentucky vs. Leon Grider; Case No. 05-CR-00074   (2009)
    In The 57th Judicial Circuit; Russell Circuit Court; State of Kentucky

State of Texas v. Ronald Neal       (2009)
    In the Criminal District Court, State of Texas

State of Florida v. Daniel O. Conahan; Case No. 97-166-F   (2009)
    In the Circuit Court of the Twentieth Judicial Circuit;  Charlotte County, Florida

11

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Michigan v. Clarence R. Charest; Case No. 09-4650; CO No. 216-09   (2009)
    In the Criminal District Court, State of Michigan

Randall Barnett v. City of Austin; Cause No. GN501931 (2009)
    In the 353rd Judicial District Court, Travis County, Texas

Ray and Cathy Collins v. US Airways/Every-Ready Oil Company   (2009)
    Cause No. D412-CV-2006-00627; In the 4th Judicial District Couret, County of San
    Miguel, State of New Mexico

United States v. Mario Barber; Case No: 08-CR-0720   (2009)
    In The United States District Court; Northern District; Chicago, IL

State of Wisconsin v. Jimmy Powell   (2009)
    In the Criminal District Court, State of Wisconsin

State of Georgia v. William Nicholson   (2009)
    In The Criminal District Court, State of Georgia

Commonwealth of Kentucky v. Ralph Perkins; Case No. 08-CR-098;   (2009)
    In the Criminal District Court, Fulton County, State of Kentucky

Bedford Police Department   (2009)
    Internal Affairs Division – Department Investigations

David Young v. City of Omaha;  Case No. 8:07CV265   (2009)
    In the United States District Court, State of Nebraska

Marie McCay v. Town of Hartselle, Alabama; Sergeant Anthony Fetner; Officer Luke Hogan;
amd Officer Stephen Painter; Case No. 08-S-1510-NE   (2009)
    In The United States District Court, Northern District of Alabama; Northeastern Division

State of Texas v. Ignacio Velasquez  (2009)
    In the Criminal District Court, State of Texas

Jimmy C. Baxter, as Personal Representative of the Estate of Jeffery Baxter, deceased v. Brice
Glen Woolly, individually and in his official capacity as police officer of Tishomingo Police
Department; and the City of Tishomingo   (2009)
    Case No. CIV-01-708-S; United States District Court; Eastern District of Oklahoma

People of Philadelphia v. Orthodax Auto Employee   (2009)
    Criminal Investigations - Allegation of Brandishing a Weapon

Kevin Cokely v. Alpine Tree Service  (2009)
    In the Civil District Court, Dallas County, State of Texas

Ziolkowski v. Veolia ES Special Services   (2009)
    In the Civil District Court, Northern Parrish, State of Louisiana

Hare v. Opryland   (2009)
    In The Civil District Court; Baltimore, Maryland

United States  v. Richard Liptock/Poor Rich Pawn   (2009)
    In The United States Criminal District Court; State of Tennessee

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Larry Deavors and Connie Deavors vs. Terry Sears   (2009)
In the 25th Judicial District Court of Lavaca County, Texas; Case No. 08-05-20923CV

John Shepherd v. State of Iowa   (2009)
In the Iowa District Court, Johnson County, Iowa; Cause No. PCCV069190

State of Texas v. Bergstrum   (2009)
In the Criminal District Court, Tarrant County, Texas

State of Texas v. Pedro Romero   (2010)
In the Criminal District Court, Tarrant County, State of Texas

Billy Lee Perry and Nancy T. Perry v. Louisiana Riverboat Gaming Partnership d/b/a Isle of Capri Casino-Bossier City et al   (2009)
Western District of Louisiana; Shreveport Division; Civil Action No. 5-07CV0125

Tina Richey v. Wal-Mart Stores, Inc.; Civil Action No. 4:08-cv-00018   (2009)
In The U.S. District Court for the Southern District of Texas, Houston Division

Dim Njaka v. Wright County   (2009)
In the Judicial District Court of Wright County, State of Minnesota

State of Florida v. James Rutledge; Case No. F07-015701   (2009)
In the Criminal District Court; State of Florida

State of Texas v. Stewart Richardson   (2010)
In the Criminal District Court, Tarrant County, State of Texas

United States v. Chavez/Hernandez   (2010)
In the United States Judicial Court, Northern District, State of Illinois

State of Wisconsin vs. Julius C. Burton; Case No. 09-CF-002823   (2010)
In the Circuit Court of Milwaukee County; Criminal Division; State of Wisconsin

Celeste A. Puppolo, Executor of the Estate of Eva C. Puppolo v. Donovan & O'Connor, LLP and Atty. Chris Dodig   (2010)
Court Docket No. 71-2-08 Bncv; In the Civil District Court; State of Maryland

Raymond Melkomian v. Hilda Hampar   (2010)
In the Supreme Court of the State of New York; County of Queens; Index No. 24229/09

State of Texas v. Robert Borunda   (2010)
In the Criminal District Court; El Paso, Texas

EEOC v. Mike Hooks Inc.   (2010)
In the United States District Court, Southern Division, State of Texas

State of Texas v. Mohammad Tehrani   (2010)
In the Criminal District Court, Austin, Texas

United States v. Anthony Fisher; Case No. 08-CR-161   (2010)
In the United States Judicial Court, Northern Division-Milwaukee, State of Wisconsin

Regina v. Michael Bryant   (2009 - 2010)
In The Province of Ontario; Canada

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

United States v. Deshawn Germany, Case No. 08-CR-401   (2010)
    In the United States Judicial Court, State of Illinois

Fort Worth Police Department   (2010)
    IAD Investigations

Haven v. City of Houston   (2010)
    In the Judicial District Civil Court of Harris County, State of Texas

United States v. Henry Anekwa   (2010)
    In the United States Judicial Court,  Los Angeles; State of California

State of Illinois v. Michael Higgins   (2010)
    In the Judicial District Court, State of Illinois
State of Texas v. Adam Thomas   (2010)
    In the Criminal District Court, Tarrant County, State of Texas

United States v. Alex Valdez   (2010)
    In the United States Judicial Court; State of Utah; Case No. 2:08CR00846.DB

Robert Linwood v. City of Dallas et al; Civil Action No. 3-08-CV-2056-P   (2009 – 2010)
    United States District Court: Northern District of Texas; Dallas Division

Nathaniel Sanders, Sr., individually and as heir to the Estate of Nathaniel Sanders II, and Yulonda
Sanders, individually and as heir to the Estate Of Nathaniel Sanders II vs. Leonardo Quintana and
The City of Austin: Civil Action No. A-09-CA-426-SS   (2010)
    United States District Court: Western District Of Texas, Austin Division, State of Texas

Dubai World Corporation and its subsideraries, Exemos, Nakheel, and Palm Marine vs. Herve
Jaubert, Seahorse Submarines International  Incorporated,  and Does 1-99; Case No. 09-CIV-
14314-JEM - Martinez/Lynch   (2010)
    In the United States District Court, Southern District of Florida

Robert A Norman and Candida Naro, h/w vs. Federal Cleaning Contractors, Inc. and IPC
International Corporation; Civil Action No. 09-4280   (2010)
    United States District Court; Eastern District Of Pennsylvania, State of Philadelphia

State of Minnesota v. Steven Dion Kellum; Case No. 27-CR-09-60126   (2010)
In The Criminal District Court for the County of Hennepin, State of Wisconsin

People of Illinois v. Joshua L. Mathews: Case No. 2004-CF-2868   (2010)
    In the 18th Judicial Circuit Court; County of Du Page; State of Illinois

Commonwealth of Kentucky v. Billy Caudill; Case No. 09-CI-113   (2010)
    Breathitt Circuit Court; State of Kentucky

SF v. APS: Civil Action No. 1:09-CV-2166   (2010)
    In the United States District Court: Northern District of Georgia, Atlanta Division

Hendricks v. Taylor and Illinois Central School Bus: Civil Court No. 08-L-437   (2010)
    In The Circuit Court of Cook County; Chicago, Illinois

NCAA Investigations – Baylor University   (2010)
    Enforcement Division – Ethics/Rules

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Texas v. Charles Bates; Cause No. F10-24807   (2010)
    In the Criminal District Court, Dallas County, State of Texas

United States v. David Disharoon; Case No. 6:10-CR-169-ORL-35GJK
    United States District Court; Middle District Of Florida, State of Florida

US Steel Corporation – IAD Investigations   (2010)
    Legal & Investigative Divisions

State of Indiana v. Deon Owens; Cause No. 49G04-1001-FB-000992    (2010)
    In the Criminal District Court, State of Illinois

State of Texas v. Hugo Ramos Camacho; Case No 1175044   (2012)
    In the Criminal District Court, Tarrant County, State of Texas

State of Texas v. Juanda Morgan; Cause No. 28501    (2010 - 2011)
State of Texas v. Mark Alan Sutton; Cause No. 28502
    In the District Court of Angelina County, 159th Judicial District, State of Texas

State of Arkansas vs. Dewone Knox; Case No. CR-2007-82-2   (2010  2011)
    Monroe County Circuit Court, State of Arkansas

Thomas Morse v. Inland Pipe Rehabilitation; Case No. 09-018892-CL   (2010)
    Wayne County, Third Judicial Circuit Court, State of Michigan

State of Maryland v. David Kareem Martin; Case No. 2K00050773   (2010)
    In the Criminal District Court of Maryland, State of Maryland

State of Texas v. Charles Ernest Phillips; Cause No. 089979   (2010)
    In the Criminal District Court, Hays County, State of Texas

State of Texas v. Jimmie McMorris; Case No 1177999   (2010)
    In the 371st Criminal District Court, Tarrant County, State of Texas

United States v. Edgar Omar Keller-Canal; Case No. CR-159-DMG   (2010)
    United States District Court; Central District Of California, State of California

Mary Harris, representative of the Estate of Shanique Harris and Legal Guardian of Shaniya
Harris, daughter of decedent vs. G4S Youth Services; or in alternative, Florida Department of
Juvenile Justice   (2010)
    In the 19th Judicial Circuit Court, In and for Okeechobee County, State of Florida

People of Michigan vs. Tony Powell; Case No. 09-583-FH   (2010)
    Macomb County Court, State of Michigan

State of Wisconsin v. Billy Cannon; Case No. 09-CF-001337   (2010)
    In the Circuit Court – Branch 33, Milwaukee County, State of Wisconsin

State of Texas vs. Tommy Crenshaw; Cause No. F09-52181 N   (2010)
    In The Criminal District Court #7, Dallas County, Texas

Lavell Fairbanks v. Travis French/City of Dallas; Civil Action No. DC10-02144   (2011)
    In The Cvil District Court, Dallas County, Texas

15

## TRIALS, DEPOSITIONS AND EXPERT REPORTS:

United States v. Steven Goff; Case No. 2:10-CR-988 DB   (2011)
      In the US District Court, District of Utah. Central Division. State of Utah

State of Texas v. Tairon Frederick; Case No. 10CR1138   (2011)
      In the 405th Judicial District Court. Galveston County. Texas

State of Arkansas v. Randall Greenway; Case No. CR-2010-0506-2   (2011)
      In the Criminal District Court, Benton County, State of Arkansas

Loretta Holland and Tracy Lowe v. City of Midland; Cause No. 7:10-CV-00128-RAJ   (2011)
      United States District Court, Western District of Texas, Midland-Odessa Division, Texas

State of Texas v. Colette Reyes; Cause No. 1181465   (2011)
      In the 297th Criminal District Court, Tarrant County, Texas

State of Texas vs. Gerardo Reyna; Cause No. F10-00678-P   (2011)
      In The Criminal District Court, Dallas County, Texas

United States v. Jose Sanchez-Arce; Case No. CR-09-397-MO   (2011)
      In the United States District Court, District of Oregon, Portland Division, Oregon

United States v. Jesus Bautista-Infante; Case No. 1:10-CR-124 TS   (2011)
      In the United States District Court; State of Utah

Shelley Knapp, Darcy Knapp Fricks, James Christopher Knapp and Littlefield/D & S Knapp v.
Robert Watson, Jr., Energy Extract, Brothers Energy, and Watson Living Trust;
Case No. 348-231373-08   (2011)
      In the 348th Judicial District Court, Tarrant County, State of Texas

William J. Castillo vs. Roche Laboratories; Case No. 1:10-cv-20876-PAS   (2011)
      In the Civil Judicial Court. State of New Jersey

State of Texas v. Mark Soliz   (2011)
      In the Criminal District Court, Tarrant County, State of Texas

People of Illinois v. Michael Sorrells; Case No. 2010 CF 920   (2011)
      In the Circuit Court of the Twelfth Judicial Circuit: Will County, State of Illinois

State of Texas v. John William Hummel; Cause No. CR-1184294   (2011)
      In the Criminal District Court, Tarrant County, State of Texas

Salah et al. v. IBT Trucking Inc., et al; Civil Court No. 09-L-005249   (2011)
      In The Circuit Court of Cook County; Chicago, Illinois

Liska v. Motorola; Case No. 09-L-2079   (2011)
      In the Civil Curcuit Court, Chicago, State of Illinois

Wisconsin Judicial Commission – IA Investigations   (2011)
      Judicial Commission, State of Wisconsin

In the Matter of the Marriage of KFV and HDV; Case No. 10-4711   (2011)
      In the Civil District Court, Dallas county, State of Texas

16

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

People of the State of Illinois vs. Anthny Taylor   (2011)
         In the Criminal District Court, Cook County, State of Illinois

McMahon v. Delta Airlines et al   (2011)
         In the Civil District Court, Chattanooga, Tennessee

State of Texas v. Ronald Jones; Cause No. F-10-1060395   (2011)
         In the Criminal District Court #7, Dallas County, Texas

State of Oklahoma v. Zachary Waldrip   (2011)
         In the Criminal District Court, Clinton County, Oklahoma

Fraternal Order of Police – IAD Investigation  (2011)
         Internal Affairs Division

Sammie Chambers {Wrongful Death Class} for Jakia Chambers vs. Kansas City Southern
Railway Co.   (2011)
         In the Circuit Court of Jackson County, Independence, Missouri

United States v. Edgar Steele  (2011)
         In the United States District Court, State of Idaho

People of the State of Illinois vs. Rashiek McBride; Case No. 10-CF-129   (2011-2012)
         In the 11th Judicial Circuit Court, Livingston County, Illinois

State of Florida vs. Darien C. Wright; Case No. 10-CF-016417   (2011)
         In the 20th Judicial Circuit Court, In and For Lee County, State of Florida

State of Maine vs. Jason Twardus; Case No. CR-09-77   (2010)
         In the Superior Court of Maine, Criminal Action

MC-K SALES, INC., d/b/a Briggs Lake General Store, individually and on behalf of all others
similarly situated vs. Discover Financial Services, Inc., United Marketing Group, LLC, and
LegalClub.com, Inc., d/b/a Legal Club Of America; Civil Action No. 10 CV 2964   (2011)
         In the United States District Court; Northern District of Illinois, Eastern Division, Illinois

MeritPlan Ins. Co. v. Wilguens, et al.; Index No. 29973/2009   (2011)
         In The Supreme Court of The State of New York; County of Kings

Makarova Brown v. IPC International Corporation; Case No. 11-6340-CA-10   (2011)
         In the Circuit Court of the 11th Judicial Circuit, Miami-Dade County, State of Florida

Daniel Gueths v. City of Menasha; Case No. 11-CV-336   (2011)
         Eastern District of Wisconsin,  Menasha, Wisconsin

State of Oklahoma v. Ricky Arnold; Case No. CF-2009-227
         In the Criminal District Court, McIntosh County, State of Oklahoma

State of South Carolina v. James Christopher Swicegood; Case No. J134154CS
         In the Municipal Court of Rock Hill, County of York, State of South Carolina

Sigma International Gebneral Medical Apparatus (SIGMA) LLC   (2011)
         Internal Department Services, Medina, State of New York

17

<u>TRIALS, DEPOSITIONS AND EXPERT REPORTS:</u>

People of the State of Illinois vs. Anthony Franceschi; Case No. 11CR-12333  (2011)
    In The Circuit Court of Cook County, State of Illinois

State of Texas v. Corey Darnell Webb; Case No. 007-1350-10/007-1351-10/007-1352-10  (2011)
    In the District Court, 7th Judicial District, Smith County, State of Texas

State of Texas v. Lydia Curtis; Case No. 401-82231-08  (2011)
    In the 401st District Court of Collin County, State of Texas

Dominic Debellis vs. Nizar Adbullah; Case No. CIVBS 900069  (2012)
    In the Superior Court of California, County of San Bernardino-Barstow District

United States v. Armando Colin; Case No. 9:11-CR-23(4)    (2011)
    In the United States District Court, Eastern District, Lufkin Division, State of Texas

State of Minnesota v. Robert Mark Larson; Case No. 69DU-CR-11-1740   (2011)
    In the Criminal District Courts, Duluth Minnesota

Robert Mark Larson v. Commissioner of Public Safety; Case No. 69DU-CV-11-1649   (2011)
    In the Civil District Courts, Duluth Minnesota

Domingo Manuel Vilalta Murder Investigation   (2011)
    Miami-Dade County, State of Florida

Edward Eugene King vs. State of Florida; 4DCA Case No. 4D09-3375 & 02-1726 CFA  (2011)
    In the Fourth District Court of Appeals1, 19th Judicial Circuit Court, State of Florida

State of Texas v. Ricarda Price   (2011)
    Murder Investigation, Dallas County, State of Texas

State of Texas v. Sam Kouka   (2011)
    In the Criminal District Court, Colorado County, State of Texas

Retractable Technologies Inc and Thomas J. Shaw v. Becton Dickinson & Company
Case No. 2:08-cv-16  (2012)
    In the United States District Court, Eastern District, Marshall Division, State of Texas

United States v. 1Lt. Patrick T. Burke  (2012)
    Court Martial Proceeings – JAG Division, Dyess Air Force Base, Abilene, TX

USA v. Jonathan Conte; Case No. 2:10-CR-767CW   (2011)
    In the United States District District Court, State of Utah

Dorothy A Lehew vs. R& W Foods, Inc (d/b/a Allendale IGA), Dixie Riverside, Inc., and
Champion Beverage Distributors, LLC; Case No. 2011-CP-03-051    (2011)
    In the Civil District Court, Columbia, South Carolina

Peabody, et al vs. Perry Township, et al   (2011)
    In the Civil District Court, Columbus, State of Ohio

Laurie Aiello v. Chang N. Kim, M.D.; Docket No. ESX-L-1379-10    (2011)
    In the Civil District Court, Newark, New Jersey

## TRIALS, DEPOSITIONS AND EXPERT REPORTS:

GEICO – Investigations Division   (2011)
    Internal Administration – Claims  Department

United States v. Dorian Williams; Case No. 4:10 CR 194 HEA   (2011)
    US District Court, Eastern District of Missouri

State of Texas vs. Brenda Jones Stafford; Case No. 1231077   (2011)
    In the CDC4 Criminal Distict Court, Tarrant County, State of Texas

State of Texas v. Eunice Phillips; Cause No. 296-82585-2011   (2012)
    In The 296th District Court of Collin County, State of Texas

United States v. Guadalupe Ruvalcaba, Jr.; Case No. SA-11:CR-0933 FB   (2012)
    US District Court, Western District of Texas, San Antonio Division

Mitch Beard v. Dena Henson; Case No. CJ-2011-5081   (2012)
    In the District Court of Tulsa County, State of Oklahoma

United States vs. Fransisco Villarreal   (2012)
    In the US District Court, State of Texas

State of West Virginia v. Keith Phelps; Case No. 12-F-24   (2012)
    Hampshire County Magistrate Court

Floyd vs. JPMorgan Chase, et al; Case No. 10-L-008576   (2012)
    In The Civil District Court; Chicago, Illinois

State of Missouri v. Robert Blake Blurton; Case No. 10CY-CR   (2012)
    In the US Criminal District Court, Columbia, Missouri

United States vs. Thomas Douglas Smith; Case No. CR 12-136-SI   (2012)
    In the US Criminal District Court, Portland, Oregon

Miquel Garcia, Individually and a/n/f of Milagro Garcia and Alejandro Garcia and Dorly Martinez
v. Willie D. Williams and A&A Cooper Transportation; Case No: 2009-12262  (2012)
    In the 152nd Judicial District Court of Harris County, Texas

United States v. Octavious Williams   (2012)
    In the United States District Court, San Antonio Division, State of Texas

State of Texas v. Benjamin J. Talton; Case No. 268999/126900/1286240D   (2012)
    In the Criminal District Court, Tarrant County, Texas

People of Illinois vs. Jerry Henderson; Case No. 06CR-13932   (2012)
    In the Criminal Circuit Court, Cook County. Illinois

Philadelphia Indemnity Insurance vs. Andy House; Civil Case No. 3-10-CV-00243   (2102)
    In The United States District Court, Southern District of Texas, Galveston Division

National Football League Players Association (NFLPA) v. National Football League and
Commissioner Goodell   (2012)
    NFL Bountygate Investigation, Washington D.C.

19

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Texas v. Leander Adams; Case No. F11-70881
        In the Criminal District Court; Dallas County, Texas

Goff/Estate of Brian Miller vs. Schwartz Industries Inc. Elgin Sweeping   (2011)
        In the Civil District Court, Chicago, Illinois

Josh Harrington, and Tamra Hill and Kurt Hill, Individually and Kurt Hill as Administrator of the
Estate of Sarah Marie Hill v. Talley Oil Company Inc. d/b/a Don's Fly-Thru Beer Barn, and Don
Talley   (2012)
        In the 124th Judicial District Court, Gregg County, State of Texas

Fania Ladyjensky v. Winn-Dixie Stores, Inc.  (2012)
        In the Civil District Court, State of Florida

People of Illinois v. Melinda Cadle; Case No. 11-4118   (2012)
        In the Judicial District Court, Bannockburn, Illinois

Gerald Ayala v. J. W. Wolfe, II and Lexington Police Department; Civil Action
Case No. 11-CV-00624-UA-LPA;   (2012)
        In The United States District Court for the Middle District of North Carolina

State of Wisconsin v. Robert Vance; Case No. 10-CF-00313   (2012)
        In the District Court, State of Wisconsin

McKinney v. McKinney; Case No. DR-2008-108-5   (2012)
        Benton County Circuit Court, State of Arkansas

Michael Doherty vs. Black Rose   (2012)
        In the Civil Circuit Court, Boston, Massachusetts

State of California vs. John Turner; Case No. CN282017   (2012)
        In the Superior Court of California, San Diego/Vista County

United States v. Mathew Gonzales; Case No. M-11-926   (2012)
        In the US District Court, Houston, Texas

United States v. Elizabeth Minner; Case No. CR-10-1566 WJ   (2012)
        In the United States District Court, District of New Mexico

State of Oklahoma v. Farrah Nicole Hyatt; Case No. CF-2011-314   (2012)
        In the District Court of Caddo County, State of Oklahoma

Robert Hooten vs. John Reeves; Case No. 3-41048   (2012)
        In the 3rd Judicial District Court, Anderson County, State of Texas

United States v. Jesus Ramon; Case No. H-11-783   (2012)
        In the US District Court, San Antonio Division, State of Texas

State of Texas v. Mark David Simmons; case No. CR-10-0799   (2012)
        In the 22nd Judicial District Court, Hays County, State of Texas

Commonwealth of Kentucky vs. William Nathaniel Pope   (2012)
        In the Criminal Circuit Court, Danville, Kentucky

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Texas v. Paul Bailey: Cause No. 366-81879-09  (2012)
    In The Criminal District Court; Dallas, Texas

Jefferia Sanders v. Lincoln General Hospital; Case No. 53306    (2012)
    In the 3rd JDC, Lincoln Parish, State of Louisiana

United States v. Pedro Perez; Case No. 11-20110-CR-Cooke/Turnoff  (2011)
    In the United States District Court, Southern District of Florida

Deborah Nowicki v. Kenny Pique; Case No CV-2011-514    (2012)
    In the Crittenden County Circuit Court, State of Arkansas

Project E-Patroon Investigations • Integrated Homicide Investigation Team (IHIT)  (2012)
    Royal Canadian Police, Surrey, British Columbia, Canada

Jackelin Guiterrez v. Royal Caribbean Cruises Ltd.; Case No. 09-65741-CA25    (2013)
    In the Circuit Court of the Eleventh Judicial Circuit, Dade County, Florida

Jason Jackler v. Police Chief Matthew T. Bryne, et al; Case No. 09-CV-0126  (2013)
    In The United States District Court, Southern District of New York, State of New York

Insurance Fraud Investigation – Onopa Recordings  (2013)
    Adams County Sheriff's Department; Friendship, Wisconsin

Brandon Backe, Joseph Belluomini, Shannon Belluomini, Chris Cornwell, Mathew Goodson,
Michael McMillan, Daniel Cole O'Balle, Gilbert O'Balle Jr., Justin Packard, Calvin Silva, Aaron
Trevino, and Charles Young v. Fertitta Hospitality, LLC., Landry's Restaurants Inc., Landry's
Management, Joseph Giusti, Carlos Gonzalez, John Perez, and John Doe Security Guard  (2013)
    In The District Court of Harris County, 11th Judicial District Court, Harris County, Texas

State of Texas v. Edgar Padron; Cause No. 1301153  (2013)
    228th Judicial District Court, Harris County, Texas

USA v. Steven Mandell; Case No. 12-CR-842  (2013)
    In the Northern District Court, Northern District of Illinois, Eastern Division

Orlando Cruz v. State of Missouri; Case No. 12Bu-CV05553  (2013)
    Post Conviction Proceedings, Buchanan County, State of Missouri

State of Texas v. Steve Snoddy   (2014)
    Criminal District Court, Coryell County, State of Texas

State of Tennessee v. Christopher Morrison;  Case No. 12-00247  (2013)
    In the Criminal District Court of Shelby County, 13th Judicial District at Memphis,
    Division 2, State of Tennessee

State of Texas v. Martin Ruiz Garcia; Complaint No. 1313840    (2013)
    Criminal District Court 3, Tarrant County, state of Texas

People of the State of Illinois v. Sharon Voit; Circuit Court No. 00CR8131   (2013)
    In the Circuit Court of Cook County; State of Illinois

Jacques LeClerc v. Emelina Vado  (2013)
    In the Civil District Circuit Court, State of Florida

21

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Philadelphia Indemnity Insurance Company vs. Andy House; Case No. 3-10-CV-00243  (2013)
    United States District Court, Southern District of Texas, Galveston Division, Texas

United States of America v. Garfield Brown; Case No. SA: 11-CR-00551-XR   (2013)
    United States District Court, Western District of Texas, San Antonio Division

Milton Hilbert v. USAA Casulty; Case No. CDC 12-8759  (2013)
    In the Civil District Court, New Orleans, State of Louisiana

State of Texas vs. Clifton Elliott   (2013)
    In the Criminal District Court, Tarrant County, Texas

Michael Patrick Kennedy v. State of Texas; Case No. 03-07-00134-CR    (2013)
    District Court of Comal County, 22nd Judicial District, Texas Court of Appeals,
    Third District - Austin, State of Texas

State of Washington v. Marcia Anderson;   (2013)
    Criminal District Court, State of Washington

United States of America v. Arturo Gallegos Castrellon, a/k/a "Benny", "Farmero", "51",
"Guero", "Pecas", "Tury", and "86"; Case No.  EP-10-Cr-2213-KC-5     (2013)
    United States District Court for the Western District of Texas, El Paso Division

State of Louisiana v. Duckworth   (2013)
    In the Criminal Circuit Court, Shreveport, Louisiana

Pedro Reyes v. Serafin Garcia  (2013)
    In the Civil District Court, Coral Gables, Florida

State of Wisconsin v. Jason B. Guidry; Case No. 12CF633   (2013)
    In the Criminal Circuit Court, Sheboygan County, State of Wisconsin

Commonwealth of Kentucky v. Monty Bryant, Jr; Case No. 12-CR-00185   (2013)
    In the Circuit Court, Boyle County, State of Kentucky

Ronald Bernanrd Jones v. Matthew Antkowiak/City of Dallas; Case No. 3:11-CV-3443-P   (2013)
    United States District Court; Northern District of Texas; Dallas Division. Texas

State of New Mexico v. Marcos Cordova   (2013)
    In the Criminal District Court, Albuquerque, New Mexico

United States v. Shawn Handell Holloway; Case No. CR10-01126-13 PHX GMS  (2013)
    United States District Court, District of Arizona

G. Morawski v. Lightstorm   (2013)
    In the Supreme Court, State of California

State of Minnesota v. Frank Jens Larose; Case No. 11-CR-12-227  (2013)
    District Court, Ninth Judicial District, County of Cass, State of Minnesota

State of Florida v. Seth Penalver; Case No. 94-13062  (2013)
    Circuit Court, 17th Judicial Circuit, Broward County, State of Florida

<u>TRIALS, DEPOSITIONS AND EXPERT REPORTS:</u>

Bryan Carter Sr., Individually and as Heir to the Estate or Bryan Carter, Jr., and Felisha Wallace, individually, and as Heir to the Estate of Bryan Carter, Jr., and Taja Batts as Next Frien of B.C., a Minor vs. Nathan Wagner and The City of Austin; Civil Action No. A-11-CA887LY   (2013)
      US District Court for the Western District Of Texas, Austin Division, State of Texas

State of Georgia v. Jean Pierre Devaughn; Case No. 09-SC80328   (2013)
      Georgia Superior Court, Fulton County, State of Georgia

People of Illinois v. Rashiek McBride; Case No. 10-CF-129   (2013)
      In the 11th Judicial Circuit Court; County of Livingston, State of Illinois

State of Texas v. Misael Santollo; Case No. 2009R-0090   (2013)
      In the Judicial District of Austin County, 155th District Court, State of Texas

RB v. Dr. Aubrey Levine; Calgary PD #10103917   (2013)
      In The Province of Alberta, Court of Queens Bench, Canada

NFL Players Association {Anthony Hargrove} v. The NFL Organization   (2013)
      New Orleans Saints Bounty Investigation
      In The US Civil District Court; Washington, D.C.

State of Texas v. Tammy Darlene Campos   (2013)
      District Criminal Court, Anderson County, State of Texas

State of Wisconsin v. Thomas J. Schulenberg; Case No. 2012CF000464   (2013)
      In the Criminal District Court, State of Wisconsin

IAD Investigation – Seattle Police Department   (2013)
      King County, City of Seattle, State of Washington

Larry and Rhonda Crouch v. John Jewell and AVCO   (2013)
      District Civil Court, Lexington, State of Kentucky

State of California v. Sara Thiel Batterham; Case No. MFE-08000960   (2012)
      Superior Court, County of Mono, State of California

State of Texas v. Beverly Teague   (2013)
      In the Criminal District Court, State of Florida

Alycia Hepler, Individually, and as Legal Representative of the Estate of Trent R. Hepler, Deceased, and as Next Friend for her Minor Child, Kalyn Hepler, and Ronnie M. Hepler, and Kay R. Hepler v. BNSF Railway Company, Galen K. Williams, and Hertz Equipment Rental Corporation; Case No. 2011-818-B   (2013)
      124th District Court, Gregg County, State of Texas

State of Arizona v. Jim Munene   (2013)
      Criminal District Court, State of Arizona

State of Oklahoma v. Trenton Dixon; Case No. CF-2011-680   (2013)
      Criminal District Court, Garfield County, State of Oklahoma

State of Texas v. Scott Lee Anderson   (2013)
      Criminal District Court, Tarrant County, State of Texas

23

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Darlene Massa v. Michael's Stores Inc.  (2013)
    Civil District Court, Chicago, State of Illinois

State of Texas v. Oscar Alfredo Deluna; Case No. F45093   (2013)
    Criminal Judicial District Court, Johnson/Somervell County, State of Texas

Mark Padfield v. Downrite Engineering Corp.   (2013)
    Civil District Court, State of Florida

United States of America v. Sterling Reneva Rivers; Case No. 3:11-00194   (2013)
    United States District Court, Middle District, Nashville Division, State of Tennessee

United States of America v. Terry Wayne Cope; Case No. 99-33(1)-ART   (2013)
    United States District Court, Eastern District, Northern Division Covington, Kentucky

O'Brien v. Diebold/JP Morgan Chase   (2013)
    Civil District Court, Chicago, State of Illinois

United States v. Vernon Chapman; Case No. 1:10-cr-00961   (2013)
    United States District Court; Northern District of Illinois; Eastern Division

Darren and Marta Shea Akers, Individually and as Next Friends, of Achsen Akers, a Minor v.
Texas Health Presbyterian Hospital Denton, Marc A. Wilson, M.D., and Alliance OB/GYN
Specialists, P.L.L.C., d/b/a OB/GYN Specialists, P.L.L.C.; Case No. 2013-70299-431   (2013)
    U.S. District Court. Tarrant County, State of Texas

Sari David v. James Christopher North; Case No. 25,624-B   (2013)
    104th Civil District Court, Taylor County, State of Texas

Kamran Hajivandi, As Next of Friend to Borna Hajivandi v. John Jajou and Luke D. Jajou (2013)
    285th Judicial District Court of Bexar County, State of Texas

IAD Investigation – Felony Arrest Squad/Bellevue Incident   (2013)
    Seattle Police Department, State of Washington

Yvonne Paolini v. Key Bank v. Cintas Corporation   (2013)
    Supreme Court of the State of New York, County of Orange/County of Dutchess

State of Texas v. Kenny Mitchell   (2013)
State of Texas v. Wangare Ousmone   (2013)
    Criminal District Court, Tarrant County, State of Texas

Chamberlain v. City of White Plains, White Plains Housing Authority, Anthony Carelli, Steven
Hart, and F/N/U Love; Case No. 1:2012-cv-05142   (2013)
    In the Second Circuit, Southern District Court, New York

Johnson County District Attorney – Case Investigations  (2013)
    Johnson County District Attorney's Office, Cleburne, Texas

Murder Investigation - Johnathon Vacker
    Lewisville Police Department, State of Texas

United States of America v. Aldo Jasso; Case No. DR:13-CR-00435 (2)-AM   (2013)
    United States District Court, Houston, State of Texas

24

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of New Mexico v. Kevin Fitch; Case No. CR 13-01059 (2013)
Criminal District Court, Albuquerque, State of New Mexico

Stacey Sisson, Individually and as Administratrix of the Estate of Wyatt Pilgrim and Next of Kin of Wyatt D. Pilgrim v. John Wayne Richards and Polk County School District; Case No. 2010CV-710M (2013)
In the Superior Court of Polk County, State of Georgia

State of Louisiana v. Terrence Glaster; Case No. 13-72-00005 (2013)
42nd Judicial District Court, DeSoto Parish, State of Louisiana

Timothy Jones v. Union Pacific Railroad Company (2013)
United States Civil District Court, Chicago, State of Illinois

United States v. Michael Garva Bernard a/k/a Michael Bernard; Case No. 12-50875 (2013)
In the United States Court of Appeals for the Fifth Circuit, Western District of Texas

United States v. Derelle Trevon Bradshaw; Case No. 3:13-CR-71-MHT (2014)
In the United States District Court; Middle District of Alabama, Eastern Division

United States v. Charles Cloud (2014)
United states District Court, Southern District of Texas. Corpus Christi Division

Linda Fort, et al v. El Dorado Casino, et al; Civil case No. 518.174 (2014)
1st Judicial District Court, Cado Parrish, State of Louisiana

Dezerea Morton, Barton Ray Wike, Raymond Wike On Behalf Of The Estate of and As Wrongful Death Beneficiaries of Raymond George Wike vs. Best Redi-Mix Trucking Inc., Best Ready Mic Concrete Inc., Best sand & Redi-Mix Co., and Jesus Sauceda; Cause 2013-49945 (2014)
In The 234th Judicial District Court. Harris County, State of Texas

Estate of Norman Bryant v. Federal Express Corp. and Shawn S. Jarrett (2014)
In the Civil District Court, Miami/Coral Gables, State of Florida

State of Texas v. Geronimo Aguilar; Case No. 1327537 (2014)
In The Criminal District Court of Tarrant County, State of Texas

State of Texas v. Jenifer Lyn Roachelle; Cause No. 1368141 (2014)
In The 372nd Judicial Criminal District Court, Tarrant County, State of Texas

Joseph Michael Merrill vs. Sprint Waste Services, LP and Jose Luis Gonzalez (2014)
In The 61st Judicial District Court. Harris County, State of Texas

State of Texas v. Justin Robert Boyce; Cause No. 063963 (2014)
Criminal District Court, Sherman County, State of Texas

State of Texas v. Steve Snoddy (2014)
Criminal District Court, State of Texas

State of Wisconsin v. Michael D. Freiburger; Case No. 13-CF-1420 (2014)
Criminal District Court, State of Wisconsin

25

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Texas v. Ronald Edward Robey; Cause No. 199-80669-2013  (2014)
In The 199th Criminal District Court, Collin County, State of Texas

David Harrison et al v. City of Dallas; Civil Action 3:14-CV-3585-N  (2014)
United States District Court, Northern District of Texas, Dallas Division

Estate of John Carter v. SCI Rockview; Case No. 1:12-CV-2613  (2014)
United States District Court, Middle District of Pennsylvania, State of Pennsylvania

Johnathan Pelham v. City of East Ridge; Case No. 13-C-116  (2014)
Circuit Court of Hamilton County, State of Tennessee

State of Washington v. Ron Kirkwood; Case No. 14-1-00333-4  (2014)
Criminal District Court, State of Washington

State of Iowa v. Robert Carruthers; Case No. OWIN023575  (2014)
Criminal District Court, State of Iowa

State of Wisconsin v. Brenda M. Jones; Case No. 2015-CF-000043  (2015)
Circuit Court, Adams County, State of Wisconsin

State of Texas v. Vic Miller; Cause No. 1383160   (2015)
In The 372nd Criminal District Court, Tarrant County, State of Texas

Iowa Public Defender's Office - Murder Investigation  (2015)
Criminal District Court, Dubuque County, State of Iowa

IAD Investigation - Grapevine PD  (2015)
Officer Involved Shooting - Reuben Vallapondo Case

Taplin Lynn Walden v. Starcon International Incorporated; Dow Chemical Corp., Union  Carbide
Corp., Bayer Corp., Bayer Cropscience,. Regulatory Training Comission, and DuPont
DeNemours; Case No. 2:14-12913 (2015)
United States District Court, Southern District of west Virginia, Charleston Division

R.R and M.T. on behalf of B.R. (child) v. Grand Prairie ISD; Case 3:13-CV-00008-P   (2015)
United States District Court, Northern District of Texas, Dallas Division

State of Texas v. Janus Adams  (2015)
Criminal District Court, Dallas Couty, State of Texas

Guerra v. Belinno et al; Cause No. 14-CV-00652-XR   (2015)
United States District Court, Western District of Texas, San Antonio Division

Robert Campise , Next friend of Aaron Campise and Representative of Estate of Landra Nicol
Campise v. Charles Auther Gunter and BSC Management, d/b/a Baytown Sand and Clay  (2015)
In The 253rd Judicial District Court, Chambers County, State of Texas

State of Alabama v. Brandon Kennedy; Case No. CC-2013-000028/000027   (2015)
Barbour County Circuit Court, State of Alabama

United States v. Bryan Wurtz; Case No. 5:14-CR-40133   (2015)
United States District Court, District of Kansas, State of Kansas

26

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Gerald Pinedo, Sr. v. City of Dallas: Cause No. 3:14-CV-958-D   (2015)
        United States District Court, Northern District of Texas, Dallas Division

J.D Oliver v. Lisa Mims  (2015)
        Administrative Hearings - Sugarland, Texas

State of Illinois v. Zachary Dains  (2015)
        Criminal District Court, State of Illinois

State of Texas v. Camilo Leos  (2015)
        372nd District Court, County of Tarrant, State of Texas

United States v. Martinez   (2015)
        United States District Court; District of Alabama, State of Alabama

State of Indiana v. Clemens; Cause No. 64D01-1504-F6-003506   (2015)
        Criminal District Court, State of Indiana

SAE Fraternal Investigation – Oklahoma University  (2015)
        Disciplinary Counsel - Racial Chant Matter, State of Oklahoma

State of Texas v. Amos Wells  (2015)
        Criminal District Court, Tarrant County, State of Texas

State of Texas v. Vernon Beyer  (2015)
        Criminal District Court, Travis County, State of Texas

State of Texas v. Eric Craig  (2015)
        Criminal District Court, Tarrant County, State of Texas

Shurelle Lynn Bills vs. Cody William Charles Lawsen and Larry Lawsen  (2015)
        In The 5th Judicial District Court, Washington County, State of Utah

Stephen Bowen v. Parker County; Civil Action 4:14-CV-00326-Y  (2015)
        United States District Court, Northern District of Texas, Fort Worth Division

United States v. Gary Warren Hancock; Case No. RWT-13-CR-0274  (2015)
        United States District Court, District of Maryland, State of Maryland

Jamiel Jamieson v. City of Dallas, Stephen Stovall and Michael Jay Lawter  (2015)
        In The United States District Court, Northern District of Texas, Dallas Division

Officer Involved Shooting Investigation – IA Investigation   (2015)
        Grand Jury Investigation, Tarrant County, Texas

State of Texas v. Connie Westfall  (2015)
        Criminal Judicial District Court, Southlake, Texas

Melissa Jean Thornburgh v. Phillip Myers Wells  (2015)
        62nd District Civil Court, Lamar County, State of Texas

State of Wisconsin v. Christopher V. Jones; Case No. 14-CF-00097  (2015)
        Criminal Judicial Circuit Court, State of Wisconsin

27

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Texas v. Malcolm E. Norris:  Cause No. 1425909/1429532  (2015)
  In The 262nd District Court of Harris County, State of Texas

Jason Brouse v. Nelson Homestead Management and  Nelson Zella Ranch LP  (2015)
  District Court of Harris County, State of Texas

State of Arkansas v. Kevin Cook  (2015)
  Criminal District Court, Hot Springs, State of Arkansas

Yvonne Paolini v. Key Bank v. Cintas Corporation   (2015)
  Supreme Court of the State of New York, County of Orange/County of Dutchess

Investigation Matters on Murder Investigation  (2015)
  Netherlands Supreme Court

Richard & Christine Reynolds vs. First Floridian Insurance; Case 13-10575-CA-25  (2015)
  In The 11th Judicial Civil Circuit Court, Miami Dade County, State of Florida

State of Alabama v. Nikita Dixon  (2015)
  Criminal District Court, State of Alabama

State of Texas v. Kenya Jackson; Cause No. 1400485  (2015)
  182nd Judicial District Court, Harris County. State of Texas

Adrien Armstrong  v. United States of America   (2016)
  In the United States District Court, District of Puerto Rico

Abraham v. Texas 4S Group and The Dump Retailer   (2016)
  In The 153rd Civil District Court, Tarrant County, Texas

James Milan, Executor v. Greater Cleveland Regional transit Authority; Case CV-14-820901
  Cuyahoga County Common Pleas Court, State of Ohio   (2015)

James A. Dukes v. Emmanual Strand; Civil Action No. 3:15-CV-3600-D (2016)
  United States District Court; Northern District of Texas; Dallas Division

State of Texas v. Ron Workman   (2016)
  Criminal District Court, City of Murphy, State of Texas

State of Texas v. Hani Mofidinasab   (2016)
  Criminal District Court, Harris County, State of Texas

Lacayo v. Lacayo  (2016)
  District Civil Court, City of san Antonio, State of Texas

Houston Port Authority  (2016)
  IAD Investigations

State of Oklahoma v. Robert Perry; Case No. CF-2015-72   (2016)
  Criminal District Court, State of Oklahoma

Marlin Independent School District   (2016)
  IAD Investigations – Falls County

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Alabama v. Samuel Pruitt; Case No. CC-2014-58/45/47   (2016)
    Circuit Court of Bullock County, State of Alabama

Terry Morris v. Christopher Hess; Civil Action No. 3:16-CV-00857   (2016)
    United States District Court; Northern District of Texas; Dallas Division

Marco Stephenson v. Armando De La Luz; 3:13-CV-04106-B   (2016)
    United States District Court; Northern District of Texas; Dallas Division

State of Florida v. Michael Pearson; ACO #34-1507-107752   (2016)
    Criminal District Court, State of Florida

State of Nevada v. James Leonard Ewing, Dixie C. Ewing;  Case No. 13CRN002044-01/03
    Justice Court of North Las Vegas Township, County of Clark, State of Nevada   (2016)

State of Iowa v. Ronald Rogers; Case OWCR079798   (2016)
    Criminal District Court, State of Iowa

USA v. Julio Rivera; Case No. 3:15-CR-14   (2016)
    United States District Court; Southern District of Texas

State of Indiana v. Robert Gipson; Case No. 10C03-1406-CM-654   (2016)
    Criminal District Court; State of Indiana

Michael A. LaPorta, as Guardian of the Estate of Michael D. LaPorta v. City of
Chicago, Patrick Kelly, Gordon Lounge Incorporated, d/b/a Brewbakers, Ruth G. Inc..
d/b/a McNally's; Case No. 14C9665   (2016)
    US District Court, Northern District of Illinois, Eastern Division

State of Maryland v. Savage   (2016)
    Criminal District Court, Upper Marlboro District, State of Maryland

Jackelin Guiterrez v. Royal Caribbean Cruises Ltd.; Case No. 09-65741-CA09   (2016)
    In the Circuit Court of the Eleventh Judicial Circuit, Dade County, Florida

State of Texas v. Jacob Damm   (2016)
    Criminal District Court; State of Texas

State of Texas v. Albert J. Garry; Case CR0701755   (2016)
    1st Judicial District Court, Hunt County, State of Texas

State of Texas v. Jose Alberto Moreno; Case No. 1407352   (2016)
    Criminal District Court, State of Texas

State of Texas v. Hernaldo David Gonzales; Cause No. 1424188   (2016)
    Criminal District Court, Tarrant County, State of Texas

State of Texas v. William Scott   (2016)
    Criminal District Court, State of Texas

Andre Guardado v. Edmond J. Palmore   (2016)
    Civil District Court, State of Texas

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Commonwealth of Virginia v. Gregory Mercer;  Case No. 2006-002-343   (2016)
In the Circuit Court of Fairfax County, Commonwealth of Virginia

USA v. Julio Rivera; Case No. 3:15-CR-14   (2016)
United States District Court; Southern District of Texas

Hochman v. McCarthy and Thomas Cattone   (2016)
Civil District Court, State of New York

State of Wisconsin v. Brenda M. Jones; Case No. 2015CF000043  (2016)
Circuit Court, Adams County, State of Wisconsin

State of Texas v. Kenyan Jackson; Case No. 1400485   (2016)
182nd Judicial District Court, Harris County, State of Texas

State of Florida v. Holland and Bass   (2016)
Criminal District Court, State of Florida

United States v. Adrian Armstrong;  Case No. 3:04-cr-00250-JAG-CVR   (2016)
United States District Court, Puerto Rico

State of Wisconsin v. David J. Galarowicz;  Case No.  11CF906    (2016)
Criminal Court, State of Wisconsin

Vivian Goria v. San Diego Gas & Electric   (2016)
Civil District Court, State of California

Jennifer Young v. Duck Commander Inc., ABC Company & XYZ Insurance: Case 82.843H
Civil Court, State of Louisiana   (2016)

Dedra White v. Bobby Fuller, Kansas City Southern Railway; Case No. 42-161  (2016)
2nd Judicial District Court, Bienville Parrish, State of Louisiana

Powell v. Hall & Orseth Ranch LLC    (2016)
Civil District Court, State of Texas

State of Karl D. Bramscheiber, et al. v. Hastings Mutual Insurance Co.; Case No. 14-CV-704
Sheboygan County, State of Wisconsin

Kathleen Silkworth and Noah Silkworth v. City of Boca Raton & Boca Raton Hospital;
Case No. 50-2013-CA/013276-MB-AJ    (2016)
Circuit Court of the 15th Judicial Circuit, Palm Beach County, State of Florida

Jane Doe #1, and Jane Doe #2 v. Family Dollar Stores of Texas, LLC, Family Dollar Inc., Family
Dollar Stores Inc., Family Dollar Services Inc. and Victor Sanchez; Case No. 2014-CCV-60070-4
County Court, Law No. 4, Nueces County, State of Texas    (2016)

USA v. Frederick V. Williams; Case No. 2:12-cr-00463-JCM-VCF    (2016)
US District Court, District of Nevada

Charles H. Neuman v. Walmart Stores, East Inc.; Case No. 2015-02151   (2016)
Court of Common Pleas, Fayette County, State of Pennsylvania

30

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

USA v. Terry Wayne Cope; Case #99-33   (2016)
    US District Court, Eastern District of Kentucky

Pavecon Limited v. Core Logistics Services, LLC, d/b/a/ Core Constructors and Travelers
Casualty and Surety Company of America; Case No. 15-02-00023-CVL
    81st Judicial District Court, LaSalle County, State of Texas   (2016)

USA v. Theodore E. Suhl; Case No. 4:15-CR-300-JLH   (2016)
    US District Court, Eastern District of Arkansas

State of Wisconsin v. Jeremy Weichelt; Case No. 16-CF-266   (2016)
    Criminal District Court, Portage County, State of Wisconsin

USA v. Demarcus Ivey; Case No. 3:15cr00245   (2016)
    US District Court, State of North Carolina

Charna Lewis, Individually and as Guardian and Next of Friend for Anthony Cooper, an
Incapacitated Person v. Alpha-Barnes Real Estate Services, LLC; Cause No. CC-14-01652-C
    In The County Court, Law No. 3, Dallas County, State of Texas   (2016)

USA v. Catrina Jefferson   (2016)
    US District Court; State of Alabama

State of Texas v. Daniel McMahon   (2016)
    Judicial District Court, Hardin County, State of Texas

State of Texas v. E. J. Chaisson   (2016)
    Criminal District Court; State of Texas

USA v. Omar Qazi   (2016)
    US District Court, District of Nevada

United States vs. Christopher Garcia; Case No. 15-CR-4275-JB   (2017)
    US District Court; State of New Mexico

State of Missouri v. Christopher Haun; Case 1616-CR02845-01   (2017)
    Criminal District Court, State of Missouri

State of Texas v. James Michael Madison; Cause No. 6203*   (2017)
    216th Judicial District Court, Gillespie County, State of Texas

Social Services vs. JoAnn Lee   (2017)
    Mediation Counsel, Victoria, Canada

Curtis L. Ray v. Capstone Logistics, LLC; LMS Intellibound, LLC; Progressive
Logistics Services, LLC; Jamel McCalla; Cause No. 2016-04505
    11th Judicial Court Harris County; State of Texas   (2017)

State of Iowa v. Carl Linden, Jr.; Case No. FE-CR-015089   (2017)
    Criminal District Court; State of Iowa

United States v. Andrew M. Jones   (2017)
    US District Criminal Court, State of Pennsylvania

31

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

> State of Florida v. Massood Jallali   (2017)
>> Internal Criminal Investigations - Special Observations

> State of Texas v. Quenshaw Newsome   (2017)
>> Criminal District Court, Harris County, State of Texas

> State of Louisiana v. Nytilex Jones: Case No. 517-806   (2017)
>> Criminal District Court, Section K, Orleans Parish

> State of Florida vs. Taji Pearson; Case No. F13-3627A    (2017)
>> Circuit Court, 11th Judicial Circuit Criminal Court, Miami-Dade County, Florida

> Regina Goldston v. City of Fort Worth; Case No. 4:17-CV-00105-Y   (2017)
>> Civil Court, Tarrant County, State of Texas

> United States v. Dr. Anthony Conrardy (D-4); Case No. 2:15-cr-20144   (2017)
>> US District Court, Eastern District of Wisconsin

> State of Wisconsin v. Samuel Jones   (2017)
>> Criminal District Court, State of Wisconsin

> State of Texas v. James Crowley; Cause 15-10-11144-CR    (2017)
>> 435th Judicial District Court, Montgomery County, State of Texas

> DOC Hearing; State of Wisconsin    (2017)
>> Review Board, State of Wisconsin

> Mared Industries, Inc. vs. Justin Greco; Case No. 15-CV-10298    (2017)
>> District Civil Court, Milwaukee County, State of Wisconsin

> Soon Ja Yook vs Hilton Worldwie, Inc. d/b/a The Waldorf Astoria New York,
> HLT NY Waldorf LLC and Waldorf Astoria Management LLC    (2017)
>> Supreme Court of the State of New York, Tarrant County, State of Texas

> State of Texas v. Douglas Rodriquez; Cause No. 16-CR-1019   (2017)
>> 212th Judicial Court; District of Galveston, Texas

> State of Wisconsin v. Brian Putzy  (2017)
>> Criminal District Court, State of Wisconsin

> Harriet Dallis v. Hilton Worldwide Holdings, Hilton Management, Park Hotels and Resorts,
> Hilton management and HTL NY Hilton  (2017)
>> US District Court, Southern District, State of New York

> State of Washington v. Rashied Mitchell; Cause No. 16-1-05582-2 KNT   (2017)
>> Criminal County Court, King County, State of Washington

> Hinton vs. Westbeth HDFC Corp & Phipps House Services  (2017)
>> Civil Court, State of New York

> Mrstik v. Mrstik, Cause No. 324-619843-17    (2017)
>> 324th District Court of Tarrant County

32

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Augusta Martinez Ordaz and Jacqueline Barajas vs. David Ricardo Zavala, Quality Carriers, Inc., and Quality Distribution, Inc; Cause No. 2015-61585
    125th Judicial District, District Court of Harris County, Texas    (2017)

Aubrey Williams v. City of Birmingham; Civil Action No. 2:16-cv-00650    (2017)
    US District Court; Northern District of Alabama, State of Alabama

State of Texas v. Christopher Krienek    (2017)
    Criminal District Court, State of Texas

Dennis L. Vargas v. State of Missouri; Case No. 14SA-CV00971    (2017)
    Civil District Court, State of Missouri

James A. Dukes v. Emmanual Strand; Civil Action No. 3:15-CV-3600-D    (2018)
    United States District Court; Northern District of Texas; Dallas Division

State of Texas v. Almahujir Salahuddin; Cause No. 2016-0621    (2017)
    159th District Court, Angelina County, Texas

Albert Butler v. City of Dallas; Civil Action No. 3:14-CV-1991-B    (2017)
    US District Court; Northern District of Texas; Dallas Division

Estate of Marylyn Brachman Hoffman, Deceased; Cause No. 2013-PR02435-2 (2017)
    Probate Court No. 2 of Tarrant County, State of Texas

Kevin Gray v. Jasen Hatfield; Case No. 1:16-CV-00999    (2017)
    Civil District Court, State of Ohio

State of Kansas v. Christopher Cox; Case No. 2016-JV-000006    (2017)
    Logan County Criminal District Court, State of Kansas

Doran v. Mar-Can Transport    (2017)
    Civil District Court, State of New York

State of Texas v. Eric Elam    (2017)
    Criminal District Court, State of Texas

Cynthia Reed v. Nassau Inter-County Express, Transdev North America, and County of Nassau
    New York Supreme Court, Queens County    (2017)

Sidney Ervin Green III v. 2ML Real Estate Interests, Inc.; Grocers Supply International LLC; Grocers Supply International; GSC Wholesale, LLC; C&S Wholesale Grocers, Inc. and John Doe
    Arbitration Proceedings, Honorable Mike Miller; Harris County; State of Texas    (2017)

State of Texas v. Juan Flores    (2018)
    Criminal District Court, State of Texas

Odeh A. Odeh v. Stephany Rivera Gonzalez; Civil No. DAC2016-2000    (2018)
    Puerto Rico Superior Court; Puerto Rico

TxDot • Accident Investigation  (2018)
    Criminal District Court, Corpus Christi, State of Texas

33

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

Trai Michael v. New Bern Transport Corporation; Civil Action No. 3:17-CV-01421-C
US District Court, Northern District, State of Texas   (2018)

United States v. Yina Maria Castaneda Benavidez; Case No. 16-20575CR-SCOLA
US District Court, Southern District of Florida  (2018)

State of Texas v. Michael Watkins   (2018)
Criminal District Court, State of Texas

Jason Roque Estate (Vincente & Albina Roque) v. City of Austin   (2018)
Civil District Court; Travis County, State of Texas

State of Louisiana v. Donovan Williams; C# 526-863   (2018)
Criminal District Court

Antoine Plunkett • Criminal Appeal Request   (2018)
Criminal Appeals Division; State of Virginia

Wise v. Gladewater   (2018)
Civil District Court, Albuquerque, New Mexico

State of Wisconsin v. Jeffrey Quitko   (2018)
Criminal Distrct Court. State fo Wisconsin

State of Texas v. Jason Scott Little; Cause No. D-15-0241-SB & D-15-0242-SB
391st District Court, Tom Green County, State of Texas   (2018)

Louisiana Real Estate Commission • AMC Meeting
Real Estate Board Review Panel   (2018)

State of Texas v. Salloum   (2018)
Criminal District Court, Collin County, State of Texas

US Military v. Blaine Listenbee  (2018)
Court Martial Hearing, Randolph AFB, State Of Texas

Wicklund v. Solis & Comul County; Cause No. 5:17-CV-00970-XR   (2018)
US District Court, Western District of Texas, San Antonio Division, Texas

Patricia Williams, Individually and As the Representative of the Estate of Ervin Andrew
Williams, Sr., deceased, et al. vs. Owens-Corning Fiberglas Corporation, et al
5th Judicial District, District Court of Jefferson County, Texas   (2018)

Uitts v. Marketplace   (2018)
Civil District Court, State of Missouri

USA v. Curtis Wayne Allen; Case #: 16-10141-01-EFM
US District Court, District of Kansas

State of Alabama v. Martha Horton; Case No. CC-17-3525   (2018)
Jefferson County Criminal Circuit Court, State of Alabama

34

TRIALS, DEPOSITIONS AND EXPERT REPORTS:

State of Texas v. Amy Wilburn   (2018)
        Criminal District Court, Tarrant County, State of Texas

State of Texas v. Germaine Walls   (2018)
        Criminal District Court, State of Texas
Mario Briseno v. Allen Ransom and Truckmovers Depot; Cause No. 2015-CVT003019D4
        Civil District Court, State of Texas    (2018)

State of Texas v. Shawn Gant-Benalcazar; Cause No. D1DC-15300095    (2018)
        331st Judicial District Court; Travis County, State of Texas

Meuth Case (IN The Interest of CJM) – Cause No. 14-16533   (2018)
        County Court; Bastrop County, Texas

Jasmine Anderson, individually and representative of the Estate of Terrance Anderson v.
L. Sharodel, Inc., New Entertainers and Wilson Mutual Insurance; Case No. 17-CV-780
        Circuit Court of Milwaukee County, State of Wisconsin   (2018)

Piotr Mokry v. City of Dallas, Case: DC-17-10568   (2018)
        Civil District Court, State of Texas

Rebecca Massey vs. TMS Transport management Solutions; Cause No. 2016-CVT-000766-D1
        49th District Court, Webb County, State of Texas    (2018)

State of Wisconsin v. Jervita Tisdale ; Case # 17-CF-506
        Criminal District Court, Waukesha County, State of Wisconsin

State of Texas v. Jim Molin a/k/a Amir Ben-David; Case #1538890/1538891
        Criminal District Court, State of Texas    (2018)

Marcos V. Taccolini and TATSOFT, LLC vs. INDUSOFT, INC., f/k/a, INDUSOFT Business
Development, Inc., Ernest Roland, and Marcia R. Gadbois and Invensys Systems Inc. and
Schneider Electric Holdings Inc., Cause No. D-1-GN-14-001853
        201st Judicial District Court, Travis County, Texas    (2018)

State of Washington v. James Taafulisia  Cause No. 16-C-00810-7
State of Washington v. Jerome Taafulisia, Cause No. 16-C-00811-5
        District Criminal Court, King County, State of Washington   (2019)

United States v. Eric Todd; Case No. 3:17CR-77-JHM
        US District Court, Western Kentucky Community Defender, State of Kentucky   (2019)

Hing M. Chan, R.N.; Nursing License No. RN52357
        Nursing Board – License & Review Panel   (2019)

State of Florida v. Tenelle Cannon; case No. 2017-4572-CFA
        Criminal District Court, State of Florida   (2019)

Deshelia Howlett v. City of Warren; Case No. 17-11260
        Civil District Court, State of Michigan   (2019)

State of California vs. Gregory Opinski; Case No. 16-CR-05820A
        Superior Court, County of Mercer, State of California   (2019)