Anthoine Plunkett #17734-058
Federal Correctional Institution-2
P.O. Box 1500
Butner, North Carolina 27509

Legal Mail

CERTIFIED MAIL

7020 3160 0000 5850 6535

legal mail

U.S. POSTAGE PAID
FCM LG ENV
BUTNER, NC
27509
DEC 28, 21
AMOUNT
$0.00
R2304M114352-05

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA (Danville)
Clerk Of Court
P.O. Box 1400
Danville, Virginia 24543