## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CRIMINAL MINUTES

**Case No.:** 4:04CR70083     **Date:** 8/2/22

**Defendant:** Anthoine Plunkett; custody     **Counsel:** Arin Brenner; AFPD

PRESENT:
- JUDGE: Pamela Meade Sargent   TIME IN COURT: 10:03-10:40 37 min
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Jennifer Bockhorst
- USPO: None Present
- Case Agent: N/A
- Court Security Officer: Jerry Cunningham
- Interpreter: N/A

PROCEEDINGS:
Parties present for hearing on DE 1014: Defense counsel motion to withdraw and DE 1018: Defendant's pro se motion for substitution of counsel; court takes up motion ex parte, Govt counsel is excused from the courtroom; court hears from defendant and defense counsel; Govt returns to the courtroom and Judge advises the motions will be denied and Arin Brenner remains as counsel in the case. Written order to follow.