UNITED STATES DISTRICT COURT
Western District of Virginia
Office of the Clerk
P.O. Box 1400
Danville, VA 24543

Anthoine Plunkett #17734-058
FCI Butner Medium II
P. O. Box 1500
Butner, NC  27509

Dear Sir/Madam:

In response to your recent correspondence to the Court, please read the marked sections for information regarding your submission.

☐  You have requested copies of documents related to a case.  In order to receive the copies requested, you must prepay a fee of 50 cents per page.  The total number of copies you have requested is # of pages, which will cost a total of $amt.  Please forward payment to Clerk, U. S. District Court, at the address listed above, with a detailed request including the case number, case title.  The copies will be mailed to you upon receipt of payment.

☒  I am unable to send you the requested Standing Order because I do not have this Standing Order and do not know if it exists.  As an employee of the Court, I must also remain neutral, and am prohibited from performing legal research on behalf of inmates or any other parties.

☒  Please be advised that neither the court's Local Rules nor Standing Orders are available in a format to send to litigants, but are available on the court's public website.  These documents, as well as the federal Rules of Procedure, are available from various legal research providers or at law libraries.  I can inform you that one of the court's Standing Orders refers all non-dispositive matters in pro se prisoner civil action to a United States Magistrate Judge, and requires that all prisoner civil action be filed in the Roanoke Division of the court.  The court will inform you of the applicable Local Rules and Standing Orders, if necessary, upon receipt of any complaint or petition.

☐  I am not permitted to provide the legal information you seek.  The role of the Court is to adjudicate claims presented by the parties.  The court could not maintain its role as an unbiased arbiter of claims if it assisted either party.  As an employee of the court, I must also remain neutral.  I am prohibited from providing legal advice or performing legal research on behalf of any party.

☐  The court is authorized to adjudicate cases.  The court is not authorized to, and does not, investigate allegations of misconduct.  Please contact the appropriate law enforcement official, inspector general, or ombudsman with the jurisdiction to address your concerns.

Sincerely,
**LAURA A. AUSTIN, Clerk of Court**

**Date:  April 24, 2023**